# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**DARLA RAY**                                                                           **PLAINTIFF**

**V.**                                                   **NO. 1:20-CV-129-DMB-RP**

**JOHNSON & JOHNSON, et al.**                                        **DEFENDANTS**

## ORDER

In this case alleging the negligent manufacture and design of an implanted medical device, on December 18, 2018,[1] the defendants filed a motion to exclude the expert opinion of Konstantin Walmsley on the ground that "the [instructions for use] for the TVT-O in 2010 was not sufficient to enable informed consent from the patient." Doc. #47 at 2. On September 10, 2020, Darla Ray filed a response to the motion stating that she does not oppose the requested relief. Doc. #90. Accordingly, the motion to exclude [47] is **GRANTED**.

**SO ORDERED**, this 10th day of September, 2020.

                                                                                 **/s/Debra M. Brown**
                                                                                 **UNITED STATES DISTRICT JUDGE**

---

[1] This case was commenced in the Southern District of West Virginia on August 17, 2012. Doc. #1. It was transferred to the Northern District of Mississippi on June 18, 2020. Docs. #52, #64.