## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

**DARLA RAY**                                                                                  **PLAINTIFF**

**V.**                                                                     **NO. 1:20-CV-129-DMB-RP**

**JOHNSON & JOHNSON, et al.**                                                      **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the order entered this day, this case is **DISMISSED with prejudice** for

failure to prosecute.

**SO ORDERED**, this 17th day of March, 2021.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**